# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ROY LEE RUSSELL  
Reg. #21767-009                                                                                           PETITIONER

vs.                              Case No. 2:10CV00104 JMM/JTR

T.C. OUTLAW  
Warden, FCI-Forrest City                                                                          RESPONDENT

## ORDER

Respondent has filed a Response and Motion to Dismiss the habeas Petition arguing that the Petition should be dismissed for failure to state a claim upon which relief can be granted. (Docket entry #11).

The Court concludes that a Response to the Motion would be helpful to the resolution of this action. Therefore, the Court will direct Petitioner to file a Response addressing the arguments raised in the Motion to Dismiss (Docket entry #11), **on or before March 4, 2011.**

Dated this 11th day of February, 2011.

_____  
UNITED STATES MAGISTRATE JUDGE