## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

ROY LEE RUSSELL
REG. #21767-009                                                                                       PETITIONER

VS.                                        2:10CV00104 JMM/JTR

T.C. OUTLAW,
Warden, FCI Forrest City                                                                       RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #2) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 27th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE