**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ROY LEE RUSSELL
REG. #21767-009                                                                                          PETITIONER

VS.                                        2:10CV00104 JMM/JTR

T.C. OUTLAW,
Warden, FCI Forrest City                                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 27th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE